# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ALVIN J. GRIFFIN,

        Plaintiff,

vs.

CAROLYN W. COLVIN,

        Defendant.

2:16-cv-01370-GMN-VCF

**MINUTE ORDER**

      Before the Court is the government's Notice of Removal (ECF NO. 1). Plaintiff filed a "Reply in Support of Notice of Motion to Remand." (ECF NO. 4).

      IT IS HEREBY ORDERED that a status hearing is scheduled for 1:00 p.m., August 29, 2016, in courtroom 3D.

      IT IS FURTHER ORDERED that Plaintiff Alvin J. Griffin must attend the hearing in person.

      DATED this 29th day of July, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE