1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
3  HOLLY A. VANCE
   Assistant United States Attorney
4
5  SHARON LAHEY
   Special Assistant United States Attorney
6  160 Spear Street, Suite 800
   San Francisco, California 94105
7  Tel: (415) 977-8963
   Fax: (415) 744-0134
8  Email:  Sharon.Lahey@ssa.gov
9
   Attorneys for DEFENDANT
10

11                    UNITED STATES DISTRICT COURT
12                         DISTRICT OF NEVADA
13                         LAS VEGAS DIVISION

14 | ALVIN J. GRIFFIN,                       ) Civil Case No. 2:16-cv-01370-GMN-VCF
15 |                                         )
   |         Plaintiff,                      ) **UNOPPOSED MOTION TO APPEAR**
16 |                                         ) **TELEPHONICALLY AT HEARING SET**
   |    vs.                                  ) **FOR AUGUST 29, 2016, 1:00 p.m.**
17 |                                         )
18 | CAROLYN W. COLVIN,                      )
   | Acting Commissioner of Social Security, )
19 |                                         )
   |         Defendant.                      )
20 |                                         )

21       Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner or
22 Defendant), by her undersigned attorneys, hereby moves for an order allowing the Commissioner to
23 appear telephonically at the status hearing currently set for August 29, 2016 at 1:00p.m.  The
24 Commissioner makes this request because the Commissioner's counsel is located out of the state, in San
25 Francisco, California.  The Commissioner's counsel spoke with Plaintiff Alvin J. Griffin by telephone
26 (Plaintiff), and Plaintiff stated that he does not object to the Commissioner's request to appear by
27 telephone at the August 29, 2016 hearing.  WHEREFORE, the Commissioner respectfully requests that
28 the Court grants this unopposed motion and allow her to appear at the August 29, 2016 status hearing

telephonically.

Date: August 12, 2016            Respectfully submitted,

                                    DANIEL G. BOGDEN
                                    United States Attorney

                                    By: /s/ *Sharon Lahey*
                                    SHARON LAHEY
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant

## **ORDER**

IT IS SO ORDERED.

Dated: 8-15-2016

                                    HON. CAM FERENBACH
                                    UNITED STATES MAGISTRATE JUDGE

Ms. Sharon Lahey may appear telephonically. The call in telephone number is (888)273-3658, access code: 3912597. The call must be made 5 minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

```
1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
3  HOLLY A. VANCE
   Assistant United States Attorney
4
5  SHARON LAHEY
   Special Assistant United States Attorney
6  160 Spear Street, Suite 800
   San Francisco, California 94105
7  Tel: (415) 977-8963
   Fax: (415) 744-0134
8  Email: Sharon.Lahey@ssa.gov
9  Attorneys for DEFENDANT
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**LAS VEGAS DIVISION**

| | |
|---|---|
| ALVIN J. GRIFFIN, | Civil Case No. 2:16-cv-01370-GMN-VCF |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    I, Sharon Lahey, Special Assistant United States Attorney, hereby certify that the following individual was served a copy of the foregoing **UNOPPOSED MOTION TO APPEAR TELEPHONICALLY AT HEARING SET FOR AUGUST 29, 2016, 1:00 P.M.**, on August 12, 2016:

<u>Via Regular U.S. Mail</u>
Alvin J. Griffin
6255 W. Tropicana Avenue, Apartment 179
Las Vegas, Nevada 89103

Dated this 12th day of August, 2016

                                                                               By: /s/ *Sharon Lahey*
                                                                               SHARON LAHEY
                                                                               Special Assistant United States Attorney