# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| ALVIN J. GRIFFIN,<br><br>        Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | 2:16-cv-01370-GMN-VCF<br>**MINUTE ORDER** |

Before the Court are Plaintiff's Motion to Supplement the Record (ECF No. 22) and Motion for Entry of Default (ECF No. 25).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion to Supplement the Record (ECF No. 22) and Motion for Entry of Default (ECF No. 25) is scheduled for 10:00 a.m., January 30, 2017, in Courtroom 3D.

DATED this 12th day of January, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE